UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-07714-CAS-PDx | Date | May 12, 2025 |
|---|---|---|---|
| Title | Sascha B. Koch v. City of Los Angeles, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Evelyn Chun | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR**

On May 12, 2025, the Court held a Zoom Scheduling Conference at 11:00 a.m. Plaintiff's counsel did not appear, nor was a representative on behalf of plaintiff present.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing no later than May 23, 2025, why sanctions should not be imposed and/or why this action should not be dismissed for lack of prosecution, for failure to appear at the Zoom Scheduling Conference on May 12, 2025, at 11:00 a.m.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument will be heard unless otherwise ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

**IT IS SO ORDERED.**

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | EVC | | |