**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SASCHA B. KOCH, an individual<br>Plaintiff(s),<br>v.<br>CITY OF LOS ANGELES, a municipality; OFFICER LAURA BRINKMAN, in her individual capacity, OFFICER JOSHUA TOWE, in his individual capacity, OFFICER MANUEL VARGAS, in his individual capacity, and DOES 1-20, inclusive,<br>Defendant(s). | CASE NO. 2:23-cv-07714-CAS-ASx<br>*Hon. Christina A. Snyder – Ctrm. 8th Flr*<br>*Hon. Mag. Alka Sagar – Ctrm. 540*<br><br>**JUDGMENT**<br><br>**Trial:**<br>Date: November 4, 2025 |

On November 4, 2025 the foregoing matter was called for trial in Courtroom "8D" of the United States District Court, Central District of California.

On November 4, 2025, a jury of eight persons was impaneled and sworn. Evidence, including the sworn testimony of all Defendants, was presented on November 4, 2025, November 5, 2025, November 6, 2025, and November 12, 2025. On November 12, 2025, the jury, in the above-entitle action, UNANIMOUSLY found as follows:

**QUESTION 1:**

Did the plaintiff prove by a preponderance of the evidence that any of the following defendants conducted an unreasonable search?

LAURA BRINKMAN

Yes _____ No__X__

JOSHUA TOWE

Yes _____ No__X__

If you answered "Yes" on Question No. 1 as to either defendant, proceed to Question No. 2. If answered "No" on Question No. 1 as to both defendants, skip ahead to Question No. 3.:

**QUESTION 2:**

Did the plaintiff prove by a preponderance of the evidence that any of the following defendants' conduct was malicious, oppressive, or in reckless disregard of the plaintiff's rights?

LAURA BRINKMAN

Yes _____ No_____

JOSHUA TOWE

Yes _____ No_____

**QUESTION 3:**

Did the plaintiff prove by a preponderance of the evidence that any of the following defendants intentionally inflicted emotional distress on the plaintiff?

LAURA BRINKMAN

Yes _____ No__X__

JOSHUA TOWE

Yes _____ No__X__

**QUESTION 4:**

Did the plaintiff prove by a preponderance of the evidence that the defendant Joshua Towe violated the Bane Act?

Yes_____ No_X__

If you answered "Yes to Question No. 3 as to either defendant or "Yes" Question No.4, proceed to Question No.5. If you answered "No" to Question No. 3 as to both defendants and "No" to Question No. 4, skip Question No. 5 and have the presiding juror sign and date this form.

**QUESTION NO.5**

Did the plaintiff prove by clear and convincing evidence that any of the following defendants engaged in conduct—in connection with intentionally inflicting emotional distress or violating the Bane Act—with malice, oppression, or fraud?

LAURA BRINKMAN

Yes _____ No_____

JOSHUA TOWE

Yes _____ No_____

Please sign and date this verdict form and return it to the Court.

Dated: 11/12/2025

Signed: /s/
Jury Foreperson

Now, therefore, it is ORDERED ADJUDED AND DECREED that Plaintiff SASCHA B. KOCH, recover nothing by reason of each and all of his claims as set forth in the Operative Complaint against the CITY OF LOS ANGELES, LAURA BRINKMAN, and JOSHUA TOWE. Defendants CITY OF LOS ANGELES, LAURA BRINKMAN, and JOSHUA TOWE shall recover their costs in accordance with F.R.C.P. 54.

***JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL DEFENDANTS ON ALL CLAIMS.***

**IT IS SO ORDERED.**

Dated: August 13, 2026

Christina A. Snyder
HONORABLED CHRISTINA SNYDER
UNITED STATES DISTRICT JUDGE